1004

No. 1353, Misc.  JOHNSON *v*. NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.  *Robert P. Whelan* for petitioner.

No. 1358, Misc.  BRANT *v*. TETLOW.  C. A. 1st Cir. Certiorari denied.  *Aram K. Berberian* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 1363, Misc.  HOLLY *v*. LAVALLEE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 1364, Misc.  SMITH *v*. CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 1367, Misc.  BARONE *v*. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Jerome Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1368, Misc.  BOSTON *v*. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Lester Landy* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1369, Misc.  DELANO *v*. CROUSE, WARDEN.  C. A. 10th Cir.  Certiorari denied.  *John W. Low* for petitioner.

No. 1399, Misc.  KERRIGAN *v*. MASSACHUSETTS.  Supreme Judicial Court of Massachusetts.  Certiorari denied. Petitioner *pro se*.  *Ruth I. Abrams* for respondent.